No. 107, Misc. McDADE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 109, Misc. HORTON *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 117, Misc. LOUISIANA EX REL. DARTEZ *v.* COZART, SUPERINTENDENT OF LOUISIANA STATE PENITENTIARY, ET AL. Supreme Court of Louisiana. Certiorari denied. *Rufus King* for petitioner.

No. 125, Misc. DAUER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 135, Misc. SPEARS *v.* TRANSCONTINENTAL BUS SYSTEM, INC. ET AL. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Eugene R. Warren* for respondents.

No. 139, Misc. WHEELER *v.* WEST INDIA STEAMSHIP Co. C. A. 2d Cir. Certiorari denied. *George J. Engelman* for petitioner. *J. Ward O'Neill* for respondent.

No. 148, Misc. SHARP *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 154, Misc. CLARK *v.* MOORE, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 166, Misc. CEPHAS *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 169, Misc. SHILAKES *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.